# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,  |

        Plaintiff,  |

              |     **CASE NO. 2:25-PO-082**

    v.  |

              |     **MAGISTRATE JUDGE JOLSON**

JEAN C GONZALEZ,  |
        Defendant.  |

---

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case be DISMISSED.

s/ Kimberly A. Jolson

**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

3/4/2026

**DATE**